# United States District Court
## Southern District of Georgia

JOHN HENRY DAWSON, JR.,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 119-067

JOHN M. PERKINS, Investigator, and RICHMOND COUNTY SHERIFF OFFICE,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated October 7, 2019 adopting the Magistrate Judge's Report and Recommendation as the Court's opinion and overruling Plaintiff's objections, that Plaintiff's Amended Complaint is dismissed without prejudice. Plaintiff's remaining motions are denied as moot. This case stands closed.



10/07/2019  
*Date*

Scott L. Poff  
*Clerk*

/s/ Jamie Hodge  
*(By) Deputy Clerk*