# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

JOHN HENRY DAWSON, JR.,  )
)
    Plaintiff-Appellant,  )
)    **Case No.: CV 119-067**
vs.  )
)    **Appeal No.: 19-14161-H**
JOHN M. PERKINS, et. al.,  )
)
    Defendants-Appellees.  )

---

## O R D E R

---

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit for want of prosecution,

**IT IS HEREBY ORDERED** that the mandate order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this _23rd_ day of January 2020.

               HONORABLE J. RANDAL HALL, CHIEF JUDGE
               UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF GEORGIA